**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WILLIAM T. WEBSTER, | ) | |
| | ) | 2:06-cv-00598-RCJ-RJJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VRG MANAGEMENT SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Robert J. Johnston, entered March 5, 2008 (#26). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered March 5, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (#3) be affirmed and adopted and that the case shall be **dismissed with prejudice.**

DATED: March 19, 2008

_____
UNITED STATED DISTRICT COURT